FILED
CLERK, U.S. DISTRICT COURT

JUN - 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LISA DANIELLE MENDEZ,<br><br>aka Lisa Danielle Jones,<br><br>　　　　　Defendant. | Case No. 11-CR-1075-SJO<br><br>ORDER OF DETENTION AFTER HEARING (18 U.S.C. § 3148(b): Allegations of Violation of Pretrial Conditions of Release) |

　　　　On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

　　　　1. The Court finds there is:

　　　　☐ probable cause to believe that the defendant has committed a federal, state, or local crime while on release and/or

　　　　☒ clear and convincing evidence that the defendant has violated a condition of release; and

　　　　2. ☒ Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the

defendant will not flee or pose a danger to the safety or any other person or the community;

☐ The defendant is unlikely to abide by any condition or combination of conditions of release.

3. ☐ There is probable cause to believe that, while on release, the defendant committed a federal, state, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: June 2, 2016

*R. A. O*
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE