FILED
MAY 30
[stamp]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LISA DANIELLE MENDEZ,<br><br>　　　　　　　　　Defendant. | CR 11-1075-SJO-14<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) (X) the safety of any person or the community.

//

//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_defendant will refrain_
_from criminal conduct_

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_she will abide by_
_conditions, also_
_inadequate bail resources_

IT IS ORDERED that defendant be detained.

DATED: 5/30/17

/s/ Suzanne H. Segal

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2